```
            IN THE UNITED STATES DISTRICT COURT
         FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| ANTIPAS | : | CIVIL ACTION |
| | : | |
| vs. | : | |
| | : | NOS. 98-787 & 02-2938 |
| 2102, INC. | | |

O R D E R

**AND NOW, TO WIT:** This 16th day of July, 2002, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective January 1, 1970), it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.


                              **MICHAEL E. KUNZ,** Clerk of Court


                              BY:_____
                                   Sheila M. Jeffers
                                   Deputy Clerk


_____ copies via FAX to:        _____ copies mailed to:


Civ 2 (7/83)
41.1(b)